AUG 1 2024 PM 12:41
FILED-USDC-CT-HARTFORD

## UNITED STATES DISTRICT COURT

### DISTRICT OF CONNECTICUT

3:24MJ680 (TOF)

| | |
|---|---|
| In Re: APPLICATION FOR | : |
| | : ss. Hartford, Connecticut |
| SEARCH WARRANT | : |
| | : |

## A F F I D A V I T

I, Paul McNiff, being duly sworn, depose, and state as follows:

### I.     INTRODUCTION

1.  I have been a United States Postal Inspector since August 2019. I am assigned to the Boston Division, working out of Hartford, Connecticut. I have participated in numerous investigations of complex drug conspiracies and all stages of illegal narcotics distributions, in violation of Title 21 U.S.C. §§ 841(a)(1), 843(b), and 846. I have been the affiant on several search warrant applications, which have led to the seizure of significant quantities of illegal narcotics, related paraphernalia, and packaging used in the drug trade.

2.  I am currently assigned to the United States Postal Inspection Service sponsored Narcotics and Bulk Cash Trafficking Task Force (herein after "NBCT-TF"), which includes responsibilities for investigating narcotics and illicit proceeds trafficked via the U.S. Mail, along with assaults and robberies of postal employees and robberies and burglaries of postal facilities. The NBCT-TF currently consists of Six Postal Inspectors, detectives from the Hartford, New Britain, Plainville, Meriden, Town of Groton Police Departments, and a Special Agent from the USPS ("United States Postal Service") Office of Inspector General.

3.  I am a law enforcement officer of the United States within the meaning of Title 18 U.S.C. § 3061 and am empowered by law to conduct investigations and make arrests for offenses enumerated in Title 21 U.S.C. § 841(a)(1) and other federal offenses.

4.  I have personally been involved in investigations related to the transportation of cocaine, methamphetamine, marijuana, and opiates through the United States Mail. In fact, based on

my training and experience, I am aware that it is common for individuals to ship such controlled substances through the United States Mail.

5. Based upon my training and experience, I know that drug trafficking organizations routinely utilize several operational techniques to sustain their illegal enterprise. These practices are designed and implemented to achieve two paramount goals: first, the successful facilitation of the organization's illegal activities, which consist of the importation and distribution of illegal controlled substances and the subsequent repatriation of the proceeds of that illegal activity; and second, minimization of the exposure of organization members, particularly those operating in management roles, from investigation and prosecution by law enforcement.

6. Based on my training and experience in law enforcement, I am familiar with the methods and techniques used by traffickers of illicit narcotics and pharmaceuticals to transport controlled substances via the U.S. Mail and avoid detection by the USPS. I am aware of the techniques utilized by traffickers in order to avoid detection by law enforcement. I am also aware that packages later discovered to contain controlled substances often use fictitious information as it relates to the sender's or recipient's name, or both, while utilizing a legitimate address. This provides individuals associated with the package the ability to disguise their relation to the package but still permit the package to be delivered to a valid address.

7. The information contained in this affidavit is based on my knowledge and experience, the observations I made during the course of this investigation, information conveyed to me by other law enforcement officers, interviews of witnesses, and the knowledge and experience of my law enforcement colleagues.

8. Because this affidavit is being submitted for the limited purposes of securing a search warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe establish a violation of federal law, and that evidence of that crime is presently in the package proposed to be searched.

9. Unless stated otherwise:

   a. all communications and other statements of individuals discussed herein are in sum and substance and in pertinent part;

   b. all dates are set forth on or about the approximate date; and

   c. all weights are rounded to the nearest ounce and/or pound and are approximate.

## II.    DESCRIPTION OF THE SUBJECT PARCEL

10. Based on the information contained in this affidavit, there is probable cause to believe, and I do believe, that Priority Express Mail parcel USPS Tracking Number EI444258426US, addressed to "Salim Suleman, 200 John Old's Dr Apt 107, Manchester CT" and bearing return information of "Clayton A. Benson, 11126 W. Wisconsin Ave #5 Youngtown, AZ 85363" (the "SUBJECT PARCEL"), contains evidence of the unlawful possession of controlled substances and/or proceeds derived from the distribution of controlled substances. The SUBJECT PARCEL has dimensions of 11 7/8" x 3 5/8"x 11 3/4 and weighs 8 pounds, 9 ounces.

11. On or about July 29, 2024, the SUBJECT PARCEL was identified as a parcel possibly containing a controlled substance or controlled substance proceeds.

**Picture of the SUBEJCT PARCEL**



12. A check of the law enforcement database CLEAR, which has proven reliable in previous investigations, indicates that the delivery address of "200 John Old's Dr APT 107 Manchester

3

CT", is an actual address. A further review of CLEAR did not produce any results for a "Salim Suleman" at that address. A review of the law enforcement database CLEAR, which has proven reliable in previous investigations indicates that the sender address on the SUBJECT PARCEL, that is "11126 W. Wisconsin Ave # 5" is an actual address. A check of the law enforcement database CLEAR did not produce any results for a Clayton A. Benson at that address.

13. On July 29, 2024, the SUBJECT PARCEL was examined by a trained narcotics detection canine. The canine is a four (4) year-old, tan and black German Shepherd named Onyx. Onyx is assigned to Officer Timothy Camerl of the West Hartford Police Department. Onyx was first certified in August of 2021 and was last recertified in June of 2024. Onyx is certified in the detection of cocaine, crack cocaine, heroin, MDMA and methamphetamines. Onyx receives monthly in-service training sessions in the detection of narcotics.

14. Before K9 Officer Camerl and Onyx arrived, investigators placed the SUBJECT PARCEL among four other similar sized parcels. K9 Officer Camerl and Onyx examined the parcels, and K9 Officer Camerl informed me that Onyx alerted to the SUBJECT PARCEL.

15. Investigators then rearranged the parcels, including the SUBJECT PARCEL, in different positions on the floor. K9 Officer Camerl and Onyx conducted another examination of the parcels, and Onyx again alerted to the SUBJECT PARCEL.

16. Because this warrant seeks only permission to examine the SUBJECT PARCEL, which is presently in the custody of the USPIS Domicile located at 141 Weston St., Hartford, CT 06101, the execution of this warrant does not involve the physical intrusion onto a premise. Consequently, I submit that there is reasonable cause for the Court to authorize execution of the warrant at any time day or night.

17. Based on the above, there is probable cause to believe, and I do believe, that located within the SUBJECT PARCEL is evidence of a violation of Title 21, United States Code, Sections 841(a)(1), 844, and 846.

4

### III.    CONCLUSION

18. WHEREFORE, I respectfully request that a search warrant be issued to search the SUBJECT
PARCEL for evidence of illegal narcotics and narcotics proceeds, and for any and all
documents or other materials containing evidence of the participants in, and methods and plans
of conducting, the suspected narcotics trafficking.

Paul McNiff
Digitally signed by Paul
McNiff
Date: 2024.07.31
16:38:12 -04'00'

Paul McNiff
U.S. POSTAL INSPECTOR

Subscribed and sworn to before me by telephone this _____ day of July 2024.

Date: 2024.07.31
17:28:08 -04'00'

HONORABLE THOMAS O FARRISH
UNITED STATES MAGISTRATE JUDGE

5

## **ATTACHMENT A**

### **Property to Be Searched**

19. Priority Express Mail parcel USPS Tracking Number EI444258426US, addressed to "Salim Suleman, 200 John Old's Dr Apt 107, Manchester CT" and bearing return information of "Clayton A. Benson, 11126 W. Wisconsin Ave #5 Youngtown, AZ 85363" (the "SUBJECT PARCEL").



## ATTACHMENT B

### Particular Things to be Seized

Evidence, fruits, contraband, and instrumentalities of violations of 21 U.S.C. §§ 841(a), 844, and 846, including United States currency and narcotics.